

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT A. LARSON, | NO. C 02-1392 JW |
| Petitioner(s), | **ORDER OF DISMISSAL** |
| v. | |
| ROY L. CASTRO, Warden, | |
| Respondent(s). | |

On March 21, 2002, Petitioner, a State prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 7, 2006, the Court issued an Order Directing Petitioner to File a Notice of Intent to Prosecute and to Provide Court with Current Address.  On March 16, 2006, the mail was returned to the Court as undeliverable, with a notation that Petitioner had been paroled.  In light of the foregoing, this action is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The clerk shall close the file.  The Court certifies that any appeal is not taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated:  May 17, 2006

JAMES WARE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Jw\Hc.02\larson1392dis.frm

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Robert A. Larson
P-76618
California Correctional Center
P.O. Box 2210/L5-129L
Susanville, CA  96127

Pamela K. Critchfield
California Attorney General's Office
455 Golden Gate Ave.
Suite 11000
San Francisco, CA  94102-7004

**Dated:  May 17, 2006**                                **Richard W. Wieking, Clerk**

                                                        **By:   /s/JW Chambers**
                                                              **Melissa Peralta**
                                                              **Courtroom Deputy**

Order of Dismissal
P:\PRO-SE\SJ.Jw\Hc.02\larson1392dis.frm